■ In the Matter of BLAIZE F. and Others, Children Alleged to be Abused and/or Neglected. CLINTON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CHRISTOPHER F., Appellant. [864 NYS2d 793]—Lahtinen, J. Appeal from an order of the Family

Court of Clinton County (Lawliss, J.), entered July 3, 2007, which granted petitioner's application, in a proceeding pursuant to Family Ct Act article 10, to extend the supervision of respondent's children for a period of 12 months.

The order appealed from was modified prior to its expiration, is now expired and has been superceded by a subsequent order extending supervision thus rendering this appeal moot (*see Matter of Marcel S.*, 15 AD3d 808, 809 [2005]; *Matter of John I.*, 6 AD3d 991 [2004], *lv denied* 3 NY3d 602 [2004]; *Matter of Trebor UU.*, 287 AD2d 830 [2001]).

Spain, J.P., Kane, Malone Jr. and Stein, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.